IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

|  |  |  |
|---|---|---|
| RICKEY GEORGE, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | No. 1:11CV00064 SWW |
| | * | |
| DAVID MILLER, TAMMY SANDERS, | * | |
| ARCHIE WESTMORELAND, ET Al., | * | |
| | * | |
| Defendants. | * | |

**Judgment**

Pursuant to the Memorandum and Order entered in this matter on this date, Plaintiff complaint is hereby dismissed with prejudice.

DATED this 5th day of August, 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE